DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NOVA PALMS HOLDINGS LLC,**
Appellant,

v.

**MOOSA SYHEAD,**
Appellee.

No. 4D2025-0120

[April 16, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. 062022CA009666AXXXCE.

Andre G. Raikhelson of Law Offices of Andre G. Raikhelson, LLC, Boca Raton, for appellant.

David Brian Pakula of David B. Pakula, P.A., Pembroke Pines, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and SHEPHERD, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***